# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ARTIS WHITEHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:24-cv-02991-TLP-atc |
| v. | ) | |
| | ) | JURY DEMAND |
| CITY OF MEMPHIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF RECUSAL

The Court hereby recuses itself in the above-captioned matter and respectfully **DIRECTS** the Clerk to reassign this case to another United States District Judge for all further proceedings.

**SO ORDERED** this 13th day of December, 2024.

        s/Thomas L. Parker
        THOMAS L. PARKER
        UNITED STATES DISTRICT JUDGE