AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02991-MSN-atc

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EDWARD BASS was received by me on *(date)* 02/24/2025.

[X]  I personally served the summons on the individual at *(place)* 2328 GREENWICH DRIVE WEST, SOUTHAVEN, MS 38672 on *(date)* Mon, Feb 24 2025 ; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, at the address of _____ on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ at the address of _____ on *(date)* _____ ; or

[ ]  I returned the summons unexecuted because: _____ ; or

[ ]  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: Feb 25, 2025

_____
*Server's signature*

Richard Storey
_____
*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004
_____
*Server's address*