## AFFIDAVIT OF SERVICE

| Case: 2:24-cv-02991 | Court: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE | County: SHELBY, TN | Job: 12618230 |
|---|---|---|---|
| **Plaintiff / Petitioner:** ARTIS WHITEHEAD | | **Defendant / Respondent:** CITY OF MEMPHIS, JAMES HOWELL, TERRY LYONS, ROBERT RAGLAND, JOSEPH PEARLMAN, VIVIAN MURRAY, THOMAS WARRICK, TIMOTHY GREEN, EDWARD BASS, ROBERT HULL, JR., JAMES BOLDEN, and UNKNOWN EMPLOYEES OF THE CITY OF MEMPHIS, | |
| **Received by:** Legal Process of Tennessee | | **For:** LOEVY +LOEVY | |
| **To be served upon:** TIMMOTHY GREEN | | | |

I, James Grady, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Timmothy Green, HOME: 4425 HUGHES MEADOW DRIVE, MEMPHIS, TN 38125-3151 |
| **Manner of Service:** | Personal/Individual, Feb 25, 2025, 7:05 pm CST |
| **Documents:** | Issued Summons (Received Jan 30, 2025 at 11:51am CST), Complaint (Received Jan 30, 2025 at 11:51am CST) |
| **GPS Coordinates and Timestamp:** | 35.0272977, -89.8029599: 1740531908772 |

**Additional Comments:**
1) Unsuccessful Attempt: Feb 3, 2025, 11:20 am CST at HOME: 4425 HUGHES MEADOW DRIVE, MEMPHIS, TN 38125-3151
No answer at door, 2 vehicles parked in driveway (uploaded pics), outside porch light is on, no sounds coming from inside, left my contact information on a post-it note.

2) Unsuccessful Attempt: Feb 3, 2025, 1:33 pm CST at HOME: 3620 VENABLE ROAD, MEMPHIS, TN 38118-1635
I spoke to a Hispanic male appx 65 years of age, Bald and spoke little English. This resident did state no one known by the defendant's name and does not reside here.

3) Unsuccessful Attempt: Feb 25, 2025, 2:44 pm CST at HOME: 4425 HUGHES MEADOW DRIVE, MEMPHIS, TN 38125-3151
No answer ar front and rear door. I knocked pretty hard, black police cruiser parked in driveway, and a Chevrolet suv, Dodge Ram pickup parked on street parking in front of house and a silver 4 door older model vehicle. I've been and still am waiting as I was in street parking, now I am in the driveway parked next to police cruiser.

4) Unsuccessful Attempt: Feb 25, 2025, 3:33 pm CST at Police Dept: 3840 Ridgeway Road Autumn Ridge, Memphis, TN 38115
I tried this police dept before I go to 125 N Main 737-8301 Precinct, defendant does not work out of here per front desk officer.

5) Successful Attempt: Feb 25, 2025, 7:05 pm CST at HOME: 4425 HUGHES MEADOW DRIVE, MEMPHIS, TN 38125-3151 received by Timmothy Green. Age: 55-60; Ethnicity: African American; Gender: Male; Weight: 215; Height: 5'11"; Hair: Black;
Timmothy Green answered the door and verbally identified himself and stated he knew what the papers were about when I pointed out the plaintiff.Timmothy Green accepted legal documents. Timmothy Green shows spelling with two "M"s

*[signature]*                                          03/04/2025
James Grady                                            Date

Legal Process of Tennessee
304 TIMMONS STREET
NASHVILLE, TN 37211
888-737-8301