# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ARTIS WHITEHEAD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-CV-02991 |
| ) | JURY DEMAND |
| CITY OF MEMPHIS, JAMES HOWELL, ) | |
| TERRY LYONS, ROBERT RAGLAND, ) | |
| JOSEPH PEARLMAN, VIVIAN MURRAY, ) | |
| THOMAS WARRICK, TIMOTHY GREEN, ) | |
| EDWARD BASS, ROBERT HULL, JR., ) | |
| JAMES BOLDEN, and UNKNOWN ) | |
| EMPLOYEES OF THE CITY OF MEMPHIS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS EDWARD BASS AND JOSEPH PEARLMAN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Edward Bass and Joseph Pearlman (collectively "Defendants" or "Defendant Officers"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss Plaintiff Artis Whitehead's Complaint for failure to state a claim upon which relief can be granted. In support of their Motion, Defendants rely on their accompanying Memorandum in Support.

**Respectfully submitted,**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Briana J. Butler (#40566)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
bbutler@bakerdonelson.com

*Attorneys for Defendant City of Memphis and Defendants Thomas Warrick, James Howell, Robert Ragland, Edward Bass, and Joseph Pearlman*

**CERTIFICATE OF SERVICE**

      I, Bruce McMullen, hereby certify that on March 17, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

                                                  *s/ Bruce McMullen*
                                                  Bruce McMullen