IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ARTIS WHITEHEAD ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF MEMPHIS, JAMES HOWELL, ) <br> TERRY LYONS, ROBERT RAGLAND, ) <br> JOSEPH PEARLMAN, VIVIAN MURRAY, ) <br> THOMAS WARRICK, TIMOTHY GREEN, ) <br> EDWARD BASS, ROBERT HULL, JR., ) <br> JAMES BOLDEN, and UNKNOWN ) <br> EMPLOYEES OF THE CITY OF MEMPHIS, ) <br> ) <br>    Defendants. ) | CASE NO. 2:24-CV-02991 <br> JURY DEMAND |

**DEFENDANT JAMES BOLDEN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant James Bolden ("Defendant Bolden") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss Plaintiff Artis Whitehead's Complaint for failure to state a claim upon which relief can be granted. In support of his Motion, Defendant Bolden relies on his accompanying Memorandum in Support.

**Respectfully submitted,**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Briana J. Butler (#40566)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
bbutler@bakerdonelson.com

*Attorneys for Defendant City of Memphis and Defendants Thomas Warrick, James Howell, Robert Ragland, Edward Bass, and James Bolden*

## CERTIFICATE OF SERVICE

      I, Bruce McMullen, hereby certify that on April 1, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

                                            *s/ Bruce McMullen*
                                            Bruce McMullen