IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ARTIS WHITEHEAD ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-CV-02991 |
| ) | JURY DEMAND |
| CITY OF MEMPHIS, JAMES HOWELL, ) | |
| TERRY LYONS, ROBERT RAGLAND, ) | |
| JOSEPH PEARLMAN, VIVIAN MURRAY, ) | |
| THOMAS WARRICK, TIMOTHY GREEN, ) | |
| EDWARD BASS, ROBERT HULL, JR., ) | |
| JAMES BOLDEN, and UNKNOWN ) | |
| EMPLOYEES OF THE CITY OF MEMPHIS, ) | |
| ) | |
|    Defendants. ) | |

**STIPULATION OF MEDIATOR SELECTION**

Defendant City of Memphis ("the City") hereby gives notice that the Parties have agreed to use Judge Bernice Donald (ret.) for the Court-required ADR in this case.

                                  **Respectfully submitted,**

                                  **BAKER, DONELSON, BEARMAN,**
                                  **CALDWELL & BERKOWITZ, P.C.**

                                  *s/ Bruce McMullen*
                                  Bruce McMullen (#18126)
                                  Jennie Vee Silk (#35319)
                                  Briana J. Butler (#40566)
                                  165 Madison Avenue, Suite 2000
                                  Memphis, Tennessee 38103
                                  Telephone: (901) 526-2000
                                  bmcmullen@bakerdonelson.com
                                  jsilk@bakerdonelson.com
                                  bbutler@bakerdonelson.com

                                  *Attorneys for Defendant City of Memphis*

1

4885-6717-2982

*and Defendants Thomas Warrick, James Howell, Robert Ragland, Edward Bass, Joseph Pearlman, Vivian Murray, James Bolden and Terry Lyons*

## CERTIFICATE OF SERVICE

I, Bruce McMullen, hereby certify that on September 10, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bruce McMullen*
Bruce McMullen

4885-6717-2982