IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ARTIS WHITEHEAD,

    Plaintiff,

v.                                                        Case No. 2:24-cv-02991-MSN-atc
                                                        JURY DEMAND

CITY OF MEMPHIS, JAMES HOWELL,
TERRY LYONS, ROBERT RAGLAND,
JOSEPH PEARLMAN, VIVIAN MURRAY,
THOMAS WARRICK, TIMOTHY GREEN,
EDWARD BASS, ROBERT HULL, JR., JAMES
BOLDEN, and UNKNOWN EMPLOYEES OF
THE CITY OF MEMPHIS,

    Defendants.

## ORDER DENYING MOTION FOR RECUSAL

Before the Court is a Motion for Recusal (ECF No. 97, "Motion"), filed October 2, 2025, by Defendants City of Memphis, James Howell, Terry Lyons, Robert Ragland, Joseph Pearlman, Vivian Murray, Thomas Warrick, Eddie Bass, and James Bolden. The Certificate of Consultation attached to the Motion represents that Defendant Timothy Green takes no position and Plaintiff did not respond. (*Id.* at PageID 553.) The Motion is substantively identical to the Joint Motion for Recusal filed by the City of Memphis in *ACLU of Tenn., Inc. v. City of Memphis*, No. 2:17-cv-02120-MSN-jay (W.D. Tenn. Oct. 2, 2025), ECF No. 540. This Court denied that motion for recusal on October 17, 2025, in its Order Denying Joint Motion for Recusal ("ACLU Recusal Order"). *ACLU of Tenn.*, No. 2:17-cv-02120-MSN-jay, 2025 WL 2978538 (W.D. Tenn. Oct. 17, 2025).

2

      Because the present Motion seeks recusal based on the same alleged facts and for the same reasons, the Court adopts here and incorporates by reference the reasoning and analysis of the ACLU Recusal Order in its entirety. Accordingly, the Motion is hereby **DENIED**.

      **IT IS SO ORDERED**, this 3rd day of December, 2025.

                                            *s/ Mark S. Norris*
                                            MARK S. NORRIS
                                            UNITED STATES DISTRICT JUDGE